*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-10-00720-CR

Fabian Jermerle **CYPHERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR4028
Honorable Mary D. Román, Judge Presiding

Opinion by:    Rebecca Simmons, Justice

Sitting:        Rebecca Simmons, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  August 10, 2011

AFFIRMED; MOTION TO WITHDRAW IS GRANTED

Appellant Fabian Jermerle Cyphers was indicted for failing to verify registration as a sex offender.  Pursuant to a plea bargain, Cyphers entered a plea of nolo contendere in exchange for five years' imprisonment.  Cyphers's sentence was suspended and he was placed on community supervision for five years.   The State thereafter moved to revoke Cyphers's community supervision.  Cyphers entered a plea of true to the State's allegation that he violated the terms of his community supervision by failing to report in person to his supervision officer from the

months of November 2009 to August 2010. The trial court granted the State's motion and certified Cyphers's right to appeal the revocation but not his underlying conviction. Cyphers filed a timely notice of appeal, and counsel at the Bexar County Appellate Public Defender's Office was appointed to represent him.

Counsel for Cyphers has filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and has concluded that the appeal has no merit and is frivolous. Counsel provided Cyphers with a copy of the brief and informed him of his right to review the record and file his own brief. Cyphers did not file a pro se brief within the time prescribed.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. We affirm the trial court's judgment and grant Cyphers's appellate counsel's motion to withdraw. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no writ). No substitute counsel will be appointed. If Cyphers wishes to seek review of this case by the Court of Criminal Appeals, he must either retain an attorney to do so or file a pro se petition for discretionary review. Any petition for discretionary review must be filed with the Court of Criminal Appeals within thirty days from the date of either this opinion or the last timely motion for rehearing or timely motion for en banc reconsideration that is overruled by this court. *See* TEX. R. APP. P. 68.2, 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Rebecca Simmons, Justice

DO NOT PUBLISH